UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HELEN NWOSU,

        Plaintiff,

  - against -

 ST. JOSEPH'S COLLEGE,

        Defendant.
-------------------------------------------------------------X

**JUDGMENT**
12-CV-5821 (RRM) (LB)

ROSLYNN R. MAUSKOPF, United States District Judge.

    An Order having been filed this day, adopting the Report and Recommendation of Magistrate Judge Bloom and dismissing plaintiff's complaint with prejudice, it is

    **ORDERED AND ADJUDGED** that plaintiff's complaint is dismissed with prejudice, that plaintiff take nothing of defendant, and that this case is hereby closed.

Dated: Brooklyn, New York
       February 6, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge